## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**RE: Patricia Grasty**

                :  BK NO. 19-14080

**DEBTOR**         :  CHAPTER 13

                :

## APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

Adelstein & Kaliner, LLC applies under §330 of the bankruptcy code for an award of compensation and reimbursement of actual, necessary expenses and represents:

1. Applicant is counsel for the Debtor. . The Debtor filed a Petition under Chapter 13 of the Bankruptcy Code on June 27, 2019..

3. The Debtor's annualized current monthly income as set forth on form B22C is:

   Above median (the amount on line 20(b) is not less than the amount on line 20(c).

   X Below median (the amount on line 2(b) is less than the amount on line 20(c).

4. All services rendered and expenses incurred for which compensation or reimbursements is requested were performed or incurred for or on behalf of the Debtor, the services and expenses were actual and necessary, and the compensation requested for those services is reasonable.

5. Applicant requests an award of compensation of $4,000.00 for 12.2 hours extended in providing the following services:

  a.  Meetings with the client to evaluate financial situation and determine the course of conduct that would be in the client's best interest; (1.6 hours)
  b.  Conferences and teleconferences with client to obtain information needed to prepare various documents in this case; (.7 hours)
  c.  Preparation of Bankruptcy Petition, Schedules, Statement of Affairs and Plan; (1.9 hours)
  d.  Preparation of Means Test (.3 hours).
  e.  Post Petition counseling of Debtor including letters, telephone calls, and/or visits by Debtor following filing of the Schedules and Statement of Affairs and correspondence from various secured creditors; (2.6 hours)

  f.  Travel to and attendance at §341 hearing; (2.3 hours)
  g.  Work on Objections to Claims 1 & 2; (1.3 hours)
  h.  Work on dealing to Objections to Confirmation; (.8 hours)
  i.  Draft of two amended plans; (.7 hours)

(Applicant's usual and normal rate of compensation is $400.00 per hour).

6. Applicant requests reimbursement of expenses in the amount of $310.00 for t filing fee..

7. The debtor paid Applicant $ 2,310.00 prior to the filing of the petition.

8. A copy of the Applicant's disclosure of compensation pursuant to Fed. R. Bankr. P. 2016(b) is attached to Exhibit "A".

9. None of the compensation paid to applicant will be shared with any person other than a member or regular associate of applicant's law firm unless 11 U.S.C. §504(c) applies.

**WHEREFORE,** Applicant requests an award of $4,000.00 in compensation and of $ 310.00 in reimbursement of actual, necessary expenses.

Dated: March 4, 2020    Signed: /s/ Jon M. Adelstein

             Name: Jon M. Adelstein, Esq.
             **ADELSTEIN & KALINER, LLC**
             3993 Huntingdon Pike, Suite 210
             Huntingdon Valley, PA 19006
             Phone No.: (215)_230-4250
             Fax No.: (215) 230-4251